Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **1325 Atlantic Realty LLC** |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Amount of claim — Deduction for value of collateral or setoff | Amount of claim — Unsecured claim |
|---|---|---|---|---|---|---|
| 1 Seal USA LLC<br>544 Park Avenue<br>#431<br>Brooklyn, NY 11205 | | | Disputed | $150,490.00 | $0.00 | $150,490.00 |
| Active Cooling & Heating<br>60-30 60th Court<br>Maspeth, NY 11378 | | | Disputed | $903,650.27 | $0.00 | $903,650.27 |
| Big Apple Group NY LLC<br>936 South Oyster Bay Road<br>Hicksville, NY 11801 | | | Disputed | $85,821.00 | $0.00 | $85,821.00 |
| BMW Plumbing Supplies<br>307 Wallabout Street<br>Brooklyn, NY 11205 | | | Disputed | $83,420.11 | $0.00 | $83,420.11 |
| Braga Corp.<br>98 Snediker Avenue<br>Brooklyn, NY 11207 | | | Disputed | $456,012.00 | $0.00 | $456,012.00 |
| Do All Interiors Inc.<br>84 Hewes Street<br>Brooklyn, NY 11249 | | | Disputed | $499,423.30 | $0.00 | $499,423.30 |
| Double Solutions, Inc.<br>5308 13th Avenue #128<br>Brooklyn, NY 11219 | | | Disputed | $179,050.00 | $0.00 | $179,050.00 |
| Engineering Solutions LLC<br>150 West 30th Street Suite 402<br>New York, NY 10001 | | | Disputed | $50,978.51 | $0.00 | $50,978.51 |
| Green Capital Management LLC<br>404 Arlington Avenue<br>Lakewood, NJ 08701 | | Related party loan | | | | $103,000.00 |

Debtor **1325 Atlantic Realty LLC**  
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hi Volts Electrical Inc.** 185 Spencer Street Brooklyn, NY 11205 | | | Disputed | $185,303.00 | $0.00 | $185,303.00 |
| **International Concrete Corp.** 178 Walworth Street Brooklyn, NY 11205 | | | Disputed | $122,923.29 | $0.00 | $122,923.29 |
| **Liftco Elevator Group Inc.** P.O. Box 1413 Spring Valley, NY 10977 | | | Disputed | $233,450.00 | $0.00 | $233,450.00 |
| **New York City Department of Buildings Administrative Enforcement** 280 Broadway 1st Floor New York, NY 10007 | | **Alleged building code violations incurred by Tenant** | **Contingent Unliquidated Disputed** | | | $62,500.00 |
| **New York City Department of Finance Office of Legal Affairs** 375 Pearl Street 30th Floor New York, NY 10038 | | **Real estate taxes** | | | | $130,954.00 |
| **NYCTL 1998-2/MTAG MTAG Services LLC** P.O Box 223762 Pittsburgh, PA 15281-2762 | | **Real estate taxes** | | | | $604,587.55 |
| **Secure Roofing, Inc.** 173 Woodpoint Road Brooklyn, NY 11211 | | | Disputed | $49,925.79 | $0.00 | $49,925.79 |
| **Silvercup Scaffolding LLC** 29 Lorimer Street Brooklyn, NY 11206 | | | Disputed | $22,766.40 | $0.00 | $22,766.40 |
| **Tristate Realty Corp. dba Rock Brokerage** P.O, Box 110955 Brooklyn, NY 11211 | | | Disputed | $283,250.04 | $0.00 | $283,250.04 |
| **Windows of NYC** 600716th Avenue Brooklyn, NY 11204 | | | Disputed | $141,353.00 | $0.00 | $141,353.00 |

Debtor  **1325 Atlantic Realty LLC**  Case number *(if known)*
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **Zolex Group One LLC**<br>**404 Arlington Avenue**<br>**Lakewood, NJ 08701** | | **Related party loans** | | | | **$231,000.00** |