**KLESTADT WINTERS JURELLER**
  **SOUTHARD & STEVENS, LLP**
200 West 41st Street, 17th Floor
New York, New York 10036-7203
Tel: (212) 972-3000
Fax: (212) 972-2245
Tracy L. Klestadt
Christopher Reilly

*Proposed Counsel to 1325 Atlantic Realty*
  *LLC, Debtor and Debtor in Possession*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------x
In re                                                  :
                                                       :          Chapter 11
1325 ATLANTIC REALTY LLC                               :
                                                       :          Case No. 22-40277 (NHL)
                                    Debtor.            :
---------------------------------------------------------x

**DECLARATION OF ESTHER GREEN**
**PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4**

Esther Green declares as follows pursuant to 28. U.S.C. §1746:

1.      I am the manager of 1325 Atlantic Realty LLC, the above-captioned debtor and debtor in possession (the "Debtor"). I am generally familiar with the business and financial condition of the Debtor. In accordance with E.D.N.Y. Local Bankruptcy Rule ("Local Rules") 1007-4, I submit this declaration (the "Declaration") in connection with the Debtor's voluntary petition (the "Petition") for relief under chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") filed in the United States Bankruptcy Court for the Eastern District of New York (the "Bankruptcy Court") on February 16, 2022 (the "Petition Date").

2.      There is no other or prior bankruptcy case filed by or against the Debtor. No committee of unsecured creditors was organized prior to the order for relief in the Debtor's Chapter 11 case.

3.	A copy of the resolutions authorizing the Chapter 11 filing is attached to the Petition and incorporated by reference herein.   Unless otherwise indicated, all financial information contained herein is presented on an estimated and unaudited basis. The Debtor is a single asset real estate debtor within the meaning of Bankruptcy Code §101(51 B).

**A.	Debtor's Business – Description, History and Organizational Structure**

4.	The Debtor is a New York limited liability company and owns the property known as 1325-1339 Atlantic Avenue, Brooklyn, New York (the "Property").

**B.	Debtor's Capital Structure**

5.	The Debtor is a privately held New York limited liability company 100% owned by Green 20 LLC. I am the duly appointed manager of the Debtor.

**C.	Dispute with Tenant and Circumstances Leading to Filing of the Petition**

6.	The Debtor is a limited liability company which, as described above, owns the Property as its only asset. The Debtor has filed this case due to an ongoing dispute with Brooklyn Hospitality Group, LLC (the "Tenant"), which currently leases the Property. As described in more detail below, among other things, the Tenant (i) failed to pay the base rent subsequent to February 1, 2021; (ii)  failed to complete agreed upon construction on the Property designed to convert the Property into a hotel; (iii) failed to pay, at least, 18 contractors working on the construction project which led to multiple mechanic's liens being placed on the Property totaling approximately $3,476,604.13; (iv)  stopped paying rent; (v) stopped paying real estate taxes; (vi) left the Debtor scrambling to ensure proper insurance coverage was established on the Property;  and (vii) has refused to vacate the Property. All of this has left the Debtor pursuing and defending multiple litigations and scrambling to ensure it maintains possession of the Property.

7.     The Debtor commenced a lawsuit against the Tenant and other parties entitled *1325 Atlantic Realty LLC v. Brooklyn Hospitality Group LLC; Lazar Waldman; and Sands Capital LLC* (Supreme Court of the State of New York, Kings County, Index No. 524178/2021), seeking to remove the Tenant from the Property, and obtain damages for breach of contract and unjust enrichment (the "Tenant Litigation").   The Debtor intends to remove the Tenant Litigation to this Court.

8.     Additionally as discussed below, the Debtor faces a lawsuit from a contractor hired by the Tenant seeking to foreclose its mechanic's lien due to the Tenant's failure to pay for goods and services rendered. Debtor intends to remove that action to this Court as well.

9.     On or around August 4, 2017, the Debtor's predecessor 1325 Atlantic LLC and the Tenant entered into a written lease (the "Lease") relating to the Property, whereby the Tenant leased the Property and was obligated to pay monthly rent of the Lease and additional rent as defined in the Lease from the commencement date and continuously for 49 years thereafter.

10.     Pursuant to the Lease, the Tenant agreed to perform certain construction work on the Property to conform the space into a hotel free and clear of all liens.

11.     The Lease was modified by a First Amendment to the Lease dated April 1, 2019 (the "Amendment" and collectively, with the Lease shall be referred to as the "Lease"). The Amendment acknowledged the Debtor as assignee of the original landlord in relation to the Property and the Lease.

12.     As part of the modification to the Lease, the original guarantor, Lazar Kleinberger, was released of all obligations and Lazar Waldman ("Guarantor") agreed to guarantee the Tenant's obligation under the Lease. Accordingly, on April 1, 2019 the Guarantor executed a personal guarantee in favor of the Debtor.

13.     In addition, the amendment allowed for a discount in rent for a twenty-four month period ("<u>Partial Discount</u>") from the date of the Amendment if Tenant completed the "Initial Construction" as defined in the Lease "diligently…without interruptions." If the Tenant was entitled to the Partial Discount, the Amendment provided that the total discount allowed would then be repaid the sooner of (a) March 31, 2024 or (b) termination of the Lease.

14.     The amendment allowed for the Partial Discount to benefit the Tenant (reducing the monthly base rent from $101,631.25 to $25,000.00) to assist the Tenant in paying for insurance, property tax, and construction workers; however, as described below, the Tenant failed to utilize the funds as agreed upon.

15.     Further, the Amendment provided that any nonperformance by the Tenant for four (4) or more consecutive months shall automatically be deemed an interruption.

16.     Although the Tenant commenced the construction work on the Property, the Tenant continually made late rent payments. Further, and unbeknownst to the Debtor, the Tenant failed to pay the companies it had hired to build/improve the Property, resulting in the Property being encumbered by multiple mechanic's liens.

17.     In addition to the above, the Tenant defaulted under the terms of the Lease in the multiple ways.

18.     First, the Tenant has failed to make any payments towards its rent obligations since February 1, 2021.

19.     Second, for several months no construction work has been taking place at the Property and it appears the Tenant has abandoned the same.

20.     Third, over the last year and a half, there were at least eighteen (18) mechanic's liens filed against the Property relating to the Tenant's failure to pay contractors totaling approximately $3,476,604.13.

21.     In addition, in or around January of 2021, the Tenant, obtained a leasehold mortgage for $6,400,000 from Sands Capital, LLC ("Sands Capital"), which filed a lien on the Tenant's leasehold interest in the Property (the "Sands Capital Mortgage").

22.     As set forth below, the Sands Capital Mortgage is subordinate to the Debtor's rights in the Property.

23.     Fourth, despite prior demand, the Tenant has failed to provide the Debtor with proof of its compliance with the insurance obligations set forth in Articles 6, 7 and 13 of the Lease and Article 7 of the Amendment and Schedule B-1 and B-2 of the Amendment.

24.     Specifically, the Tenant was required to maintain (a) workers compensation insurance, (b) liability coverage (naming the Debtor as additional insured); and (c) builders risk insurance for the completed value of the building. The Tenant was further obligated to provide the Debtor with a true copy of the insurance policies relating to the Property which list the Debtor as an additional insured.

25.     Fifth, the Tenant's insurance lapsed and the Tenant failed to notify the Debtor of the same, in breach of the Lease. Due to this, the Debtor was forced to obtain its own policy, despite the Lease obliging the Tenant to maintain insurance naming the Debtor as an additional insured.

26.     Sixth, the Tenant failed to provide the Debtor the proof of the insurance and the policies relating to the construction at the Property as set forth in Article 37.03 of the Lease despite the Debtor's written demands that the tenant provide such proof of insurance,

27.     Seventh, despite demand, the Tenant failed to pay or provide proof of payment of real estate taxes for the Property as required under the Lease. Worse, the City's records indicate that the real estate taxes have not been paid since 2019 and there is a past due balance in the amount of $735,541.55[1] plus interest accruing daily owed.

28.     In addition to the unpaid rent and damages outlined above, because the Tenant failed to pursue the Initial Construction, failed to pay the construction companies that the Tenant hired, failed to pay the expenses including insurance as defined in the Lease, and even failed to pay the reduced rent in a timely manner, the Partial Discount is due and payable.

29.     By Letter dated July 28, 2021, the Debtor notified the Tenant of the aforementioned defaults and provided an opportunity to cure said defaults (the "Demand Letter").

30.     In addition, on July 28, 2021, the Debtor provided the Tenant with a COVID hardship declaration form in the event that the Tenant claimed said form is applicable to the Tenant.

31.     The Tenant failed to respond to the Demand Letter.

32.     Accordingly, the Debtor sent the Tenant a termination letter on August 17, 2021 seeking to terminate the Lease as of August 31, 2021, in accordance with Article 26 of the Lease.

33.     The termination notice demanded possession of the Property from the Tenant and payment of the outstanding rent.

34.     Although the Debtor has not accessed the Property, it appears that the Tenant has abandoned the Property and has not accessed it in months.

---

[1] The City sold most of this balance to MTAG Services LLC, leaving a balance of $130,954 still remaining owed to the City.

35.     The Landlord has not received any rental payments from a new tenant and is not able to relet the Property until the Tenant agrees to vacate or vacates upon an order of a court.

36.     On September 23, 2021, the Debtor commenced the Tenant Litigation against the Tenant, Guarantor and Sands Capital seeking damages in connection with breach of the Lease, ejection of the Tenant from the Property, unjust enrichment damages in the amount of unpaid rent, and a declaratory judgment rendering the Sands Capital Mortgage cancelled and void.

37.     The Tenant Litigation is currently pending.

38.     On January 10, 2022, Tristate Fencing Corp, d/b/a Rock Brokerage brought suit against the Debtor seeking to, among other things, foreclose on its mechanics lien against the Property and force the sale of the same. See *Tristate Fencing Corp., d/b/a Rock Brokerage v. 1325 Atlantic Realty LLC, Brooklyn Hospitality LLC, LW Developers Corp.* (Supreme Court of the State of New York, Kings County, Index No. 500831/2022).

39.     Faced with the onslaught of new litigation, the continued non-payment of rent by the Tenant and the filing of multiple mechanic's liens against its sole asset, the Debtor had no choice but to file for bankruptcy protection in order to address and resolve these issues in a single forum.

**D.     Debtor's Case Was Not Originally Commenced Under Chapter 7 or Chapter 13**

40.     The Debtor's case was not initially commenced under chapter 7 or Chapter 13 and no trustee has been appointed in the case.

**E.     Prepetition Creditors' Committee**

41.     To the best of my knowledge, no pre-petition creditors' committee was formed prior to the Petition Date.

**F.** **Twenty Largest Unsecured Creditors**

42.     A list setting forth the Debtor's twenty (20) largest unsecured creditors, excluding those persons who constitute "insiders" under Bankruptcy Code section 101(31), is attached hereto as **Exhibit A**.  As required by Local Rule 1007-4(a)(5), **Exhibit A** includes the creditors' names, addresses, telephone numbers (for persons familiar with the account, if available), amount of each claim, and an indication of whether the claims are contingent, unliquidated, disputed, or partially secured.

**G.** **Five Largest Secured Creditors**

43.     Pursuant to Local Rule 1007-4(a)(6), a list setting forth the Debtor's secured claims, is attached hereto as **Exhibit B**.  As required by Local Rule 1007-4(a)(6), **Exhibit B** includes the creditors' names, addresses, telephone numbers (for persons familiar with the account, if available), amount of each claim, and an indication of whether the claims are contingent, unliquidated, disputed, or partially secured.

**H.** **Assets and Liabilities**

44.     As required by Local Rule 1007-4(a)(8), a current balance sheet and summary of the Debtor's assets and liabilities is attached as **Exhibit C**.

**I.** **Ownership Structure**

45.     As required by Local Rule 1007-2(a)(9), no classes of shares of stock, debentures, or other securities of the Debtor are publicly held.  The Debtor's ownership interests are held 100% by Green 20 LLC, with myself acting as manager.

**J.** **Debtor Property Held By Others**

46.     The Debtor has no property in possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents or secured creditor, or agent for any such entity.

**K.   Debtor's Leased Space**

47.      As required by Local Rule 1007-4(a)(11); the Debtor is currently not a lessee of any properties.

**L.   Location of Debtor's Assets and Books and Records**

48.      Pursuant to Local Rule 1007-4 (a)(12), the majority of the Debtor's books and records are maintained by Esther Green-Blumenfeld at 404 Arlington Ave., Lakewood, NJ 08701.

**M.   Threatened or Pending Actions Against the Debtor**

49.      As required by Local Rule 1007-4 (a)(13), the following legal actions involving the Debtor are pending:

   i.      *1325 Atlantic Realty LLC v. Brooklyn Hospitality Group LLC; Lazar Waldman; and Sands Capital LLC* (Supreme Court of the State of New York, Kings County, Index No. 524178/2021); and

   ii.     *Tristate Fencing Corp., d/b/a Rock Brokerage v. 1325 Atlantic Realty LLC, Brooklyn Hospitality LLC, LW Developers Corp.* (Supreme Court of the State of New York, Kings County, Index No. 500831/2022).

**N.   The Debtor's Senior Management**

50.      Pursuant to Local Rule 1007-4(a)(13), I act as the manager of the Debtor.

**O.   Additional Information Required by Local Rule 1007-4**

51.      In accordance with Local Rule 1007-4, the Debtor intends to continue the operation of its business and the management of its properties as Debtor and Debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

52.      In accordance with Local Rule 1007-4(a)(14), the Debtor currently has no employees.

53.     In accordance with Local Rule 1007-4(a)(15), the amounts paid and proposed to be paid for the thirty (30) day period following the Petition Date to the Debtor's officer is zero.

54.     In accordance with Local Rule 1007-4(a)(17), during the 30 day period following the Petition Date the Debtor does not expect any receipts or disbursements.

**P.      The Debtor's Post-petition Goals**

55.     During the pendency of this Chapter 11 Case, the Debtor anticipates using the tools set forth in the Bankruptcy Code to reconcile and resolve the various claims asserted against the Debtor, resolve its disputes with the Tenant, and reorganize its affairs.

## Conclusion

56.     The Debtor reserves the right to amend or supplement any of the attached schedules in the event additional information is obtained by the Debtor.  I believe that the protection of the Bankruptcy Court will enable the Debtor to maximize the value of its assets for the benefit of the estate and its creditors.

Dated    Brooklyn, New York
         February 17, 2022

                                        */s/ Esther Green*
                                        Esther Green

# Exhibit A

| Fill in this information to identify the case: | | |
|---|---|---|
| Debtor name | **1325 Atlantic Realty LLC** | |
| United States Bankruptcy Court for the: | **EASTERN DISTRICT OF NEW YORK** | ☐ Check if this is an |
| Case number (if known): _____ | | amended filing |

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **1 Seal USA LLC 544 Park Avenue #431 Brooklyn, NY 11205** | | | **Disputed** | **$150,490.00** | **$0.00** | **$150,490.00** |
| **Active Cooling & Heating 60-30 60th Court Maspeth, NY 11378** | | | **Disputed** | **$903,650.27** | **$0.00** | **$903,650.27** |
| **Big Apple Group NY LLC 936 South Oyster Bay Road Hicksville, NY 11801** | | | **Disputed** | **$85,821.00** | **$0.00** | **$85,821.00** |
| **BMW Plumbing Supplies 307 Wallabout Street Brooklyn, NY 11205** | | | **Disputed** | **$83,420.11** | **$0.00** | **$83,420.11** |
| **Braga Corp. 98 Snediker Avenue Brooklyn, NY 11207** | | | **Disputed** | **$456,012.00** | **$0.00** | **$456,012.00** |
| **Do All Interiors Inc. 84 Hewes Street Brooklyn, NY 11249** | | | **Disputed** | **$499,423.30** | **$0.00** | **$499,423.30** |
| **Double Solutions, Inc. 5308 13th Avenue #128 Brooklyn, NY 11219** | | | **Disputed** | **$179,050.00** | **$0.00** | **$179,050.00** |
| **Engineering Solutions LLC 150 West 30th Street Suite 402 New York, NY 10001** | | | **Disputed** | **$50,978.51** | **$0.00** | **$50,978.51** |
| **Green Capital Management LLC 404 Arlington Avenue Lakewood, NJ 08701** | | **Related party loan** | | | | **$103,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Hi Volts Electrical Inc. 185 Spencer Street Brooklyn, NY 11205** | | | **Disputed** | **$185,303.00** | **$0.00** | **$185,303.00** |
| **International Concrete Corp. 178 Walworth Street Brooklyn, NY 11205** | | | **Disputed** | **$122,923.29** | **$0.00** | **$122,923.29** |
| **Liftco Elevator Group Inc. P.O. Box 1413 Spring Valley, NY 10977** | | | **Disputed** | **$233,450.00** | **$0.00** | **$233,450.00** |
| **New York City Department of Buildings Administrative Enforcement 280 Broadway 1st Floor New York, NY 10007** | | **Alleged building code violations incurred by Tenant** | **Contingent Unliquidated Disputed** | | | **$62,500.00** |
| **New York City Department of Finance Office of Legal Affairs 375 Pearl Street 30th Floor New York, NY 10038** | | **Real estate taxes** | | | | **$130,954.00** |
| **NYCTL 1998-2/MTAG MTAG Services LLC P.O Box 223762 Pittsburgh, PA 15281-2762** | | **Real estate taxes** | | | | **$604,587.55** |
| **Secure Roofing, Inc. 173 Woodpoint Road Brooklyn, NY 11211** | | | **Disputed** | **$49,925.79** | **$0.00** | **$49,925.79** |
| **Silvercup Scaffolding LLC 29 Lorimer Street Brooklyn, NY 11206** | | | **Disputed** | **$22,766.40** | | **$22,766.40** |
| **Tristate Realty Corp. dba Rock Brokerage P.O, Box 110955 Brooklyn, NY 11211** | | | **Disputed** | **$283,250.04** | **$0.00** | **$283,250.04** |
| **Windows of NYC 600716th Avenue Brooklyn, NY 11204** | | | **Disputed** | **$141,353.00** | **$0.00** | **$141,353.00** |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Zolex Group One LLC 404 Arlington Avenue Lakewood, NJ 08701** | | **Related party loans** | | | | **$231,000.00** |

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

# Exhibit B

Debtor name    **1325 Atlantic Realty LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known)   _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:   List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 | **1 Seal USA LLC** | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | **$150,490.00** | **$0.00** |
|---|---|---|

**544 Park Avenue**
**#431**
**Brooklyn, NY 11205**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

| 2.2 | **Active Cooling & Heating** | | |
|---|---|---|---|

Creditor's Name

| Describe debtor's property that is subject to a lien | $903,650.27 | $0.00 |
|---|---|---|

**60-30 60th Court**
**Maspeth, NY 11378**

Creditor's mailing address

Describe the lien
**Mechanic's lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **Big Apple Group NY LLC** | Describe debtor's property that is subject to a lien | $85,821.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**936 South Oyster Bay Road**
**Hicksville, NY 11801**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.4 | **BMW Plumbing Supplies** | Describe debtor's property that is subject to a lien | $83,420.11 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**307 Wallabout Street**
**Brooklyn, NY 11205**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.5 | **Braga Corp.** | Describe debtor's property that is subject to a lien | $456,012.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**98 Snediker Avenue**
**Brooklyn, NY 11207**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com            Best Case Bankruptcy

| | Is anyone else liable on this claim? | |
|---|---|---|

**Date debt was incurred**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.6 | **Cuetes Corp.** | Describe debtor's property that is subject to a lien | **$5,670.00** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**186 Brookdale Avenue
New Rochelle, NY 10801**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.7 | **Do All Interiors Inc.** | Describe debtor's property that is subject to a lien | **$499,423.30** | **$0.00** |
|---|---|---|---|---|
| | Creditor's Name | | | |

**84 Hewes Street
Brooklyn, NY 11249**

Creditor's mailing address

**Describe the lien**
**Mechianic's lien**
**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.8 | **Double Solutions, Inc.** | Describe debtor's property that is subject to a lien | **$179,050.00** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**5308 13th Avenue**
**#128**
**Brooklyn, NY 11219**
Creditor's mailing address

Describe the lien
**Mechanic's Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.9 | **Engineering Solutions LLC** | Describe debtor's property that is subject to a lien | $50,978.51 | $0.00 |
|-----|-------|---|---|---|

Creditor's Name

**150 West 30th Street**
**Suite 402**
**New York, NY 10001**
Creditor's mailing address

Describe the lien
**Mechanic's lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.10 | **Hi Volts Electrical Inc.** | Describe debtor's property that is subject to a lien | $185,303.00 | $0.00 |
|------|-------|---|---|---|

Creditor's Name

**185 Spencer Street**
**Brooklyn, NY 11205**
Creditor's mailing address

Describe the lien
**Mechianic's lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 1 | **International Concrete Corp.** | **Describe debtor's property that is subject to a lien** | $122,923.29 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**178 Walworth Street
Brooklyn, NY 11205**

Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.1 2 | **Klein's Moving & Storage Inc.** | **Describe debtor's property that is subject to a lien** | $0.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**9411 Ditmas Avenue
Brooklyn, NY 11236**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
|---|---|
| ■ No | ■ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Unliquidated |
| | ■ Disputed |

---

| 2.1 3 | **Liftco Elevator Group Inc.** | **Describe debtor's property that is subject to a lien** | $233,450.00 | $0.00 |
|---|---|---|---|---|
| | Creditor's Name | | | |

**P.O. Box 1413
Spring Valley, NY 10977**

Creditor's mailing address

**Describe the lien**

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com                     Best Case Bankruptcy

**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

_____
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 4 | **Rent a Unit NY** | Describe debtor's property that is subject to a lien | $10,162.91 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**543 Bedford Avenue #243 Brooklyn, NY 11211**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

■ Disputed

---

| 2.1 5 | **Secure Roofing, Inc.** | Describe debtor's property that is subject to a lien | $49,925.79 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**173 Woodpoint Road Brooklyn, NY 11211**
Creditor's mailing address

**Describe the lien**
**Mechanic's Lien**

**Is the creditor an insider or related party?**

■ No

☐ Yes

_____
Creditor's email address, if known

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

■ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 6 | **Silvercup Scaffolding LLC** | Describe debtor's property that is subject to a lien | $22,766.40 | $0.00 |
|---|---|---|---|---|

**Silvercup Scaffolding LLC**
Creditor's Name

**29 Lorimer Street**
**Brooklyn, NY 11206**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**
__Mechanic's lien__
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 7 | **Tristate Realty Corp. dba Rock Brokerage** | Describe debtor's property that is subject to a lien | $283,250.04 | $0.00 |
|---|---|---|---|---|

**Tristate Realty Corp. dba Rock Brokerage**
Creditor's Name

**P.O, Box 110955**
**Brooklyn, NY 11211**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien

**Describe the lien**
__Mechanic's lien__
Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
■ Disputed

---

| 2.1 8 | **Windows of NYC** | Describe debtor's property that is subject to a lien | $141,353.00 | $0.00 |
|---|---|---|---|---|

**Windows of NYC**
Creditor's Name

**600716th Avenue**
**Brooklyn, NY 11204**
Creditor's mailing address

Describe debtor's property that is subject to a lien

**Describe the lien**
__Mechanic's Lien__

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com

|  | |
|---|---|
| _____ | Is the creditor an insider or related party? |
| Creditor's email address, if known | ■ No |
| | ☐ Yes |
| | Is anyone else liable on this claim? |
| **Date debt was incurred** | ■ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

| 2.19 | **Y&S Plumbing & Heating Supply NY** | Describe debtor's property that is subject to a lien | $12,954.51 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**244 Rogers Avenue
Brooklyn, NY 11225**

Creditor's mailing address

Describe the lien
**Mechanic's Lien**

Is the creditor an insider or related party?

_____

Creditor's email address, if known

■ No

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ■ Disputed |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | **$3,476,604.13** |

| **Part 2:** | **List Others to Be Notified for a Debt Already Listed in Part 1** |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Gutman Weiss, P.C.
2276 Sixty-Fifth Street
Brooklyn, NY 11204** | Line **2.17** | |

---

Software Copyright (c) 1996-2022 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

# **Exhibit C**

Debtor name    **1325 Atlantic Realty LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK

Case number (if known) _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*..............................................................................................   $    **25,000,000.00**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*...........................................................................................   $    **957.48**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*.............................................................................................   $    **25,000,957.48**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................   $    **3,476,604.13**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $    **802,683.79**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................   +$    **334,000.00**

4.   **Total liabilities** ............................................................................................................
   Lines 2 + 3a + 3b            $    **4,613,287.92**

GREEN-20 LLC
BALANCE SHEET
2/1/2022
(CASH BASIS)

| ASSETS | | | |
|---|---|---|---|
| CASH | | $ | 957 |
| LAND | | | 14,118 |
| BUILDINGS & OTHER DEPRECIABLE ASSETS | 1,067,238 | | |
| LESS: ACCUMULATED DEPRECIATION | (716,568) | | |
| | | | 350,670 |
| INTANGIBLE ASSETS | 325,830 | | |
| LESS: ACCUMULATED AMORTIZATION | (59,736) | | |
| | | | 266,094 |
| TOTAL ASSETS | | $ | 631,839 |
| | | | |
| LIABILITIES | | | |
| INTERCOMPANY LOANS | | $ | 334,000 |
| | | | |
| CAPITAL/OWNERS' EQUITY | | $ | 297,839 |
| | | | |
| TOTAL LIABILITIES AND CAPITAL | | $ | 631,839 |

NOTE: PROPERTY WAS ACQUIRED THROUGH A 1031 EXCHANGE AND ACCORDINGLY THE TAX BASIS IS REFLECTED ABOVE.