# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 2/18/2022 |
| Case: 1−22−40277−nhl | Form ID: 309F1 | Total: 45 |

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | 1325 Atlantic Realty LLC | 404 Arlington Avenue   Lakewood, NJ 08701 |
| aty | Christopher J Reilly | Klestadt Winters Jureller Southard and Stevens, LLP   200 West 41st Street   17th Floor   New York, NY 10036−7203 |
| aty | Tracy L Klestadt | Klestadt Winters Jureller Southard & Stevens, LLP   200 West 41st Street   17th Floor   New York, NY 10036−7203 |
| smg | United States of America | Secretary of the Treasury   15th Street & Pennsylvania Ave. NW   Washington, DC 20220 |
| smg | NYS Unemployment Insurance | Attn: Insolvency Unit   Bldg. #12, Room 256   Albany, NY 12240 |
| smg | NYS Department of Taxation & Finance | Bankruptcy Unit   PO Box 5300   Albany, NY 12205 |
| smg | Internal Revenue Service | PO Box 7346   Philadelphia, PA 19101−7346 |
| smg | NYC Department of Finance | 345 Adams Street   Office of Legal Affairs   Brooklyn, NY 11201−3719 |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn Office)   U.S. Federal Office Building   201 Varick Street, Suite 1006   New York, NY 10014 |
| 10046212 | 1 Seal USA LLC | 544 Park Avenue   #431   Brooklyn, NY 11205 |
| 10046213 | Active Cooling & Heating | 60−30 60th Court   Maspeth, NY 11378 |
| 10046216 | BMW Plumbing Supplies | 307 Wallabout Street   Brooklyn, NY 11205 |
| 10046214 | Berger Fink LLP | 315 Greenwich Street   New York, NY 10013 |
| 10046215 | Big Apple Group NY LLC | 936 South Oyster Bay Road   Hicksville, NY 11801 |
| 10046217 | Braga Corp. | 98 Snediker Avenue   Brooklyn, NY 11207 |
| 10046218 | Brooklyn Hospitality Group LLC | 311 Roebling Street   Second Floor   Brooklyn, NY 11211−6204 |
| 10046219 | City of New York − Finance Commissioner | P.O. Box 4199   Church Street Station   New York, NY 10261−4199 |
| 10046220 | Cuetes Corp. | 186 Brookdale Avenue   New Rochelle, NY 10801 |
| 10046221 | Do All Interiors Inc. | 84 Hewes Street   Brooklyn, NY 11249 |
| 10046222 | Double Solutions, Inc. | 5308 13th Avenue   #128   Brooklyn, NY 11219 |
| 10046223 | Engineering Solutions LLC | 150 West 30th Street   Suite 402   New York, NY 10001 |
| 10046224 | Green Capital Management LLC | 404 Arlington Avenue   Lakewood, NJ 08701 |
| 10046225 | Gutman Weiss, P.C. | 2276 Sixty−Fifth Street   Brooklyn, NY 11204 |
| 10046226 | Hi Volts Electrical Inc. | 185 Spencer Street   Brooklyn, NY 11205 |
| 10046227 | Internal Revenue Service | Bankruptcy Section   P.O. Box 7346   Philadelphia, PA 19101−7346 |
| 10046228 | International Concrete Corp. | 178 Walworth Street   Brooklyn, NY 11205 |
| 10046229 | Klein's Moving & Storage Inc. | 9411 Ditmas Ave.   Brooklyn, NY 11236 |
| 10046233 | LW Developers Corp. | 670 Myrtle Avenue   Suite 420   Brooklyn, NY 11205 |
| 10046230 | Lawrence R. Kulak, Esq. | 1450 35th Street   2nd Floor   Brooklyn, NY 11218 |
| 10046231 | Lazar Waldman | 311 Roebling Street   2nd floor   Brooklyn, NY 11211−6204 |
| 10046232 | Liftco Elevator Group Inc. | P.O. Box 1413   Spring Valley, NY 10977 |
| 10046238 | NYCTL 1998−2/MTAG | MTAG Services LLC   P.O Box 223762   Pittsburgh, PA 15281−2762 |
| 10046234 | New York City Department of Buildings | Administrative Enforcement   280 Broadway   1st Floor   New York, NY 10007 |
| 10046235 | New York City Department of Finance | Office of Legal Affairs   375 Pearl Street   30th Floor   New York, NY 10038 |
| 10046236 | New York City Water Board | 59−17 Junction Blvd.   Elmhurst, NY 11373−5108 |
| 10046237 | New York State Department of Finance | Bankruptcy Section   P.O. Box 5300   Albany, NY 12205 |
| 10046239 | Rent a Unit NY | 543 Bedford Avenue   #243   Brooklyn, NY 11211 |
| 10046240 | Sands Capital LLC | 2433 Knapp Street   Suite 301   Brooklyn, NY 11235 |
| 10046241 | Secure Roofing, Inc. | 173 Woodpoint Road   Brooklyn, NY 11211 |
| 10046242 | Silvercup Scaffolding LLC | 29 Lorimer Street   Brooklyn, NY 11206 |
| 10046243 | Tristate Realty Corp. dba Rock Brokerage | P.O, Box 110955   Brooklyn, NY 11211 |
| 10046244 | W Developers Corp. | 670 Myrtle Avenue   Suite 420   Brooklyn, NY 11205 |
| 10046245 | Windows of NYC | 600716th Avenue   Brooklyn, NY 11204 |
| 10046246 | Y&S Plumbing & Heating Supply NY | 244 Rogers Avenue   Brooklyn, NY 11225 |
| 10046247 | Zolex Group One LLC | 404 Arlington Avenue   Lakewood, NJ 08701 |

TOTAL: 45