# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 2/18/2022 |
| Case: 1−22−40277−nhl | Form ID: pdf002 | Total: 46 |

**Recipients of Notice of Electronic Filing:**
ust     Office of the United States Trustee     USTPRegion02.BR.ECF@usdoj.gov
aty     Christopher J Reilly     creilly@klestadt.com
aty     Tracy L Klestadt     tklestadt@klestadt.com

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db          1325 Atlantic Realty LLC        404 Arlington Avenue        Lakewood, NJ 08701
smg         United States of America        Secretary of the Treasury        15th Street & Pennsylvania Ave. NW        Washington, DC 20220
smg         NYS Unemployment Insurance        Attn: Insolvency Unit        Bldg. #12, Room 256        Albany, NY 12240
smg         NYS Department of Taxation & Finance        Bankruptcy Unit        PO Box 5300        Albany, NY 12205
smg         Internal Revenue Service        PO Box 7346        Philadelphia, PA 19101−7346
smg         NYC Department of Finance        345 Adams Street        Office of Legal Affairs        Brooklyn, NY 11201−3719
smg         Office of the United States Trustee        Eastern District of NY (Brooklyn Office)        U.S. Federal Office Building        201 Varick Street, Suite 1006        New York, NY 10014
10046212    1 Seal USA LLC        544 Park Avenue        #431        Brooklyn, NY 11205
10046213    Active Cooling & Heating        60−30 60th Court        Maspeth, NY 11378
10046216    BMW Plumbing Supplies        307 Wallabout Street        Brooklyn, NY 11205
10046214    Berger Fink LLP        315 Greenwich Street        New York, NY 10013
10046215    Big Apple Group NY LLC        936 South Oyster Bay Road        Hicksville, NY 11801
10046217    Braga Corp.        98 Snediker Avenue        Brooklyn, NY 11207
10046218    Brooklyn Hospitality Group LLC        311 Roebling Street        Second Floor        Brooklyn, NY 11211−6204
10046219    City of New York − Finance Commissioner        P.O. Box 4199        Church Street Station        New York, NY 10261−4199
10046220    Cuetes Corp.        186 Brookdale Avenue        New Rochelle, NY 10801
10046221    Do All Interiors Inc.        84 Hewes Street        Brooklyn, NY 11249
10046222    Double Solutions, Inc.        5308 13th Avenue        #128        Brooklyn, NY 11219
10046223    Engineering Solutions LLC        150 West 30th Street        Suite 402        New York, NY 10001
10046224    Green Capital Management LLC        404 Arlington Avenue        Lakewood, NJ 08701
10046225    Gutman Weiss, P.C.        2276 Sixty−Fifth Street        Brooklyn, NY 11204
10046226    Hi Volts Electrical Inc.        185 Spencer Street        Brooklyn, NY 11205
10046227    Internal Revenue Service        Bankruptcy Section        P.O. Box 7346        Philadelphia, PA 19101−7346
10046228    International Concrete Corp.        178 Walworth Street        Brooklyn, NY 11205
10046229    Klein's Moving & Storage Inc.        9411 Ditmas Ave.        Brooklyn, NY 11236
10046233    LW Developers Corp.        670 Myrtle Avenue        Suite 420        Brooklyn, NY 11205
10046230    Lawrence R. Kulak, Esq.        1450 35th Street        2nd Floor        Brooklyn, NY 11218
10046231    Lazar Waldman        311 Roebling Street        2nd floor        Brooklyn, NY 11211−6204
10046232    Liftco Elevator Group Inc.        P.O. Box 1413        Spring Valley, NY 10977
10046238    NYCTL 1998−2/MTAG        MTAG Services LLC        P.O Box 223762        Pittsburgh, PA 15281−2762
10046234    New York City Department of Buildings        Administrative Enforcement        280 Broadway        1st Floor        New York, NY 10007
10046235    New York City Department of Finance        Office of Legal Affairs        375 Pearl Street        30th Floor        New York, NY 10038
10046236    New York City Water Board        59−17 Junction Blvd.        Elmhurst, NY 11373−5108
10046237    New York State Department of Finance        Bankruptcy Section        P.O. Box 5300        Albany, NY 12205
10046239    Rent a Unit NY        543 Bedford Avenue        #243        Brooklyn, NY 11211
10046240    Sands Capital LLC        2433 Knapp Street        Suite 301        Brooklyn, NY 11235
10046241    Secure Roofing, Inc.        173 Woodpoint Road        Brooklyn, NY 11211
10046242    Silvercup Scaffolding LLC        29 Lorimer Street        Brooklyn, NY 11206
10046243    Tristate Realty Corp. dba Rock Brokerage        P.O, Box 110955        Brooklyn, NY 11211
10046244    W Developers Corp.        670 Myrtle Avenue        Suite 420        Brooklyn, NY 11205
10046245    Windows of NYC        600716th Avenue        Brooklyn, NY 11204
10046246    Y&S Plumbing & Heating Supply NY        244 Rogers Avenue        Brooklyn, NY 11225
10046247    Zolex Group One LLC        404 Arlington Avenue        Lakewood, NJ 08701

TOTAL: 43