**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

----------------------------------------------------------------x
| | |
|---|---|
| In re | : Chapter 11 |
| | : |
| 1325 ATLANTIC REALTY LLC | : Case No. 22-40277 (NHL) |
| | : |
| Debtor. | : |

----------------------------------------------------------------x

**ORDER GRANTING DEBTOR'S OBJECTION TO**
**PROOF OF CLAIM NOS. 12, 13 & 14 FILED BY BROOKLYN HOSPITALITY**
**GROUP, LLC, W. DEVELOPERS CORP. AND LAZAR WALDMAN**

Upon the objection (the "Objection") of 1325 Atlantic Realty LLC (the "Debtor") to proof of claim numbers 12, 13 & 14 (collectively, the "Claims) filed by Brooklyn Hospitality Group, LLC ("BHG"), Lazar Waldman ("Waldman") and W Developers Corp. ("WDC" and collectively, the "Claimants") requesting that the Claims be expunged; and it appearing that this Court has jurisdiction to consider the Objection; and it appearing that due and proper notice of the Objection and hearing thereon has been given; and it appearing that no further notice need be given; and a hearing having been held on the Objection on September 7, 2022 at 10:30 a.m. (EST) (the "Hearing"); and all interested parties having been given an opportunity to be heard at the Hearing; and upon the record of the Hearing which is incorporated herein by reference; and after due deliberation and good and sufficient cause appearing therefore,

**IT IS HEREBY ORDERED THAT**:

1. The Objection is sustained and the Claims are hereby disallowed and expunged in its entirety.

2. The Court shall retain jurisdiction over any and all issues arising from or related to the interpretation or implementation of this Order.