**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re

1325 ATLANTIC REALTY LLC

Debtor.

Chapter 11

Case No. 22-40277 (NHL)

## DECLARATION OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby declare that the following is true and correct to the best of my knowledge, information and belief:

1. I am over the age of 18, am not a party to this action, and am employed by Klestadt Winters Jureller Southard & Stevens, LLP located at 200 West 41st Street, 17th Floor, New York, New York, 10036.

2. On the 10th day of May 2023, I served copies of:

- Debtor's Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Approving The Form of and Manner of Notices; and (III) Scheduling a Joint Hearing on Confirmation of the Plan and Final Approval of the Disclosure Statement [Docket No. 133]; and

- Order Shortening Time With Respect to the Hearing on Debtor's Motion for Entry of an Order (I) Conditionally Approving the Disclosure Statement; (II) Approving The Form of and Manner of Notices; and (III) Scheduling a Joint Hearing on Confirmation of the Plan and Final Approval of the Disclosure Statement [Docket No. 135].

by email upon those parties, including corresponding email address listed on **Schedule A**; and by Federal Express Overnight, by depositing true copies thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the Federal Express within New York State upon those parties listed on **Schedule B**.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed: May 10, 2023

                                             */s/ Lily Nevins-Perle*
                                             Lily Nevins-Perle

## Schedule A

| Party | Email Address |
|---|---|
| Tristate Fencing Corp., d/b/a Rock Brokerage | dm@gwpclaw.com; and nw@gwpclaw.com |
| Brooklyn Hospitality Group | Tdonovan@gwfglaw.com; and kjnash@gwfglaw.com |
| NYCTL 98-00002/MTAG | nkaravolas@phillipslytle.com |
| Hi Volts Electrical Inc. | bpowers@silvermanacampora.com |
| Sands Capital LLC | prubin@rubinlawllc.com; nylawyer@aol.com |
| AJ Windows of NYC LLC d/b/a Windows of NYC | ssimon@goetzfitz.com |
| Office of the United States Trustee | reema.lateef@usdoj.gov; jeremy.s.sussman@usdoj.gov |
| Do All Interiors Inc. | andrew.citron2@verizon.net |
| 1 Seal USA LLC | faigy@1sealusa.com |
| Engineering Solutions LLC | steve@engsolu.com |
| Braga Corp. | dmdm@gwpclaw.com; and nw@gwpclaw.com |
| Double Solutions, Inc. | dm@gwpclaw.com; and nw@gwpclaw.com |
| Green Capital Management LLC | 251w39@gmail.com; and esther@zolexgroup.com |
| Silvercup Scaffolding LLC | joseph@jsalawpc.com |
| Zolex Group One LLC | 251w39@gmail.com; and esther@zolexgroup.com |
| Sands Capital LLC | nylawyer@aol.com; prubin@rubinlawllc.com; and hhuynh@rubinlawllc.com |
| AJ Windows of NYC LLC, d/b/a Windows of NYC | ssimon@goetzfitz.com |
| Lazar Waldman | kjnash@gwfglaw.com; Tdonovan@gwfglaw.com |
| LW Developers Corp. | kjnash@gwfglaw.com; Tdonovan@gwfglaw.com |

## Schedule B

Active Cooling & Heating
60-30 60th Court
Maspeth, NY 11378

Berger Fink LLP
315 Greenwich Street
New York, NY 10013

Big Apple Group NY LLC
936 South Oyster Bay Road
Hicksville, NY 11801

BMW Plumbing Supplies
307 Wallabout Street
Brooklyn, NY 11205

City of New York - Finance Commissioner
P.O. Box 4199
Church Street Station
New York, NY 10261-4199

Cuetes Corp.
186 Brookdale Avenue
New Rochelle, NY 10801

Internal Revenue Service
Bankruptcy Section
P.O. Box 7346
Philadelphia, PA 19101-7346

International Concrete Corp.
178 Walworth Street
Brooklyn, NY 11205

Klein's Moving & Storage Inc.
9411 Ditmas Avenue
Brooklyn, NY 11236

Lawrence R. Kulak, Esq.
1450 35th Street, 2nd Floor
Brooklyn, NY 11218

New York City Department of Buildings
Administrative Enforcement
280 Broadway, 1st Floor
New York, NY 10007

New York City Department of Finance
Office of Legal Affairs
375 Pearl Street, 30th Floor
New York, NY 10038

New York City Water Board
59-17 Junction Boulevard
Elmhurst, NY 11373-5108

New York State Department of Finance
Bankruptcy Section
P.O. Box 5300
Albany, NY 12205

Rent a Unit NY
543 Bedford Avenue, #243
Brooklyn, NY 11211

Secure Roofing, Inc.
173 Woodpoint Road
Brooklyn, NY 11211

Y&S Plumbing & Heating Supply NY
244 Rogers Avenue
Brooklyn, NY 11225

Demo Shark Inc.
770 Empire Boulevard
Brooklyn, NY 11213

Live Lion Security LLC
5014 16th Ave., Suite # 231
Brooklyn, NY 11204

Liftco Elevator Group Inc.
P.O. Box 1413
Spring Valley, NY 10977

Office of the NYS Attorney General
28 Liberty Street
New York, NY 10005

NYS Dept. of Tax & Finance
POB 5300
Bankruptcy Unit
Albany, NY 12205-0300

United States Attorney's Office
Eastern District of New York
Attention: Sean P. Greene-Delgado,
Chief of Bankruptcy Litigation
Civil Division, Bankruptcy Processing
271-A Cadman Plaza East, 7th Floor
Brooklyn, NY 11201-1820

NYS Dept. of Taxation & Finance
Bankruptcy Unit - TCD
Building 8, Room 455
W.A. Harriman State Campus

U.S. Securities and Exchange Commission
New York Regional Office
Attention: Bankruptcy Group,
Brookfield Place
200 Vesey Street, Suite 400
New York, NY 10281

U.S. Department of Health
and Human Services
Office of the General Counsel
26 Federal Plaza, Room 3908
New York, NY 10278

U.S. Small Business Administration
District Counsel, New York District Office
26 Federal Plaza, Room 3100
New York, NY 10278

U.S. Department of Education
Attention: Federal Student Aid
Bankruptcy Unit
50 United Nations Plaza
Mailbox 1200, Room 1240
San Francisco, CA 94102

U.S. Department of Housing
and Urban Development
Office of Regional Counsel for New York/New Jersey
26 Federal Plaza, Room 3500
New York, NY 10278

U.S. Environmental Protection
Agency, Region 2
Office of Regional Counsel
New Jersey Superfund Branch
290 Broadway, 17th Floor
New York, NY 10007-1866
Attn: Douglas Fischer, Esq.